Lisa S. Kantor, Esq. - SBN 110678
e-mail: lkantor@kantorlaw.net
Elizabeth K. Green, Esq. - SBN 199634
e-mail: egreen@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
SERENA M.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA M., <br><br> Plaintiff, <br><br> v. <br><br> ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, <br><br> Defendant. | Case No.: CV 11-3815 LB <br><br> [PROPOSED] ORDER ON STIPULATION TO FILE COMPLAINT AND MAINTAIN ACTION UNDER A PSEUDONYM <br><br> Complaint Filed: August 3, 2011 |

The Court having considered Plaintiff's Stipulation to File a Complaint and Maintain Action Under a Pseudonym, and finding good cause thereon, hereby orders that the Complaint filed by Plaintiff, under the pseudonym Serena M., is hereby deemed filed as of August 3, 2011, and all other subsequent filings may properly be filed under the pseudonym Serena M.

1

The Court further orders that any documents, pleadings, or exhibits filed with this Court be redacted accordingly.

IT IS HEREBY ORDERED

DATED: December 21, 2011            BY: _____
                                         Honorable Laurel Beeler
                                         United States District Court Judge

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

2

[PROPOSED] ORDER ON STIPULATION TO FILE COMPLAINT AND MAINTAIN ACTION UNDER A PSEUDONYM