William E. von Behren, State Bar No. 106642
bvonbehren@vbhlaw.com
Joann V. Lee, State Bar No. 251653
jlee@vbhlaw.com
VON BEHREN & HUNTER LLP
2041 Rosecrans Avenue, Suite 367
El Segundo, CA 90245
Telephone: (310) 607-9111
Facsimile: (310) 615-3006

Attorneys for Defendant
Anthem Blue Cross Life and Health Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA M., <br><br>  Plaintiff, <br>  vs. <br><br> ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, <br><br>  Defendant. | Case No. CV 11-3815 LB <br><br> **ORDER GRANTING COUNSEL FOR DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** <br><br> Assigned for All Purposes To: <br> Magistrate Judge:  Hon. Laurel Beeler <br><br> Date:  July 12, 2012 <br> Time:  10:30 a.m. <br> Ctrm:  C, 15th Floor <br><br> Complaint Filed:  August 3, 2011 |

IT IS HEREBY ORDERED THAT either Joann V. Lee or William E. von Behren, counsel for Defendant, may appear telephonically at the Case Management Conference on July 12, 2012 at 10:30 a.m.

Dated: ___July 6___ ___, 2012

_____
Hon. Laurel Beeler
Judge, United States District Court

- 1 -