William E. von Behren, State Bar No. 106642
bvonbehren@vbhlaw.com
Joann V. Lee, State Bar No. 251653
jlee@vbhlaw.com
VON BEHREN & HUNTER LLP
2041 Rosecrans Avenue, Suite 367
El Segundo, CA 90245
Telephone: (310) 607-9111
Facsimile: (310) 615-3006

Attorneys for Defendant
Anthem Blue Cross Life and Health Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA M.,<br><br>             Plaintiff,<br>    vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY,<br><br>             Defendant. | Case No. CV 11-3815 LB<br><br>**ORDER GRANTING COUNSEL FOR DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Assigned for All Purposes To:<br>Magistrate Judge:  Hon. Laurel Beeler<br><br>Date:  July 12, 2012<br>Time:  10:30 a.m.<br>Ctrm:  C, 15th Floor<br><br>Complaint Filed:  August 3, 2011 |

   IT IS HEREBY ORDERED THAT either Joann V. Lee or William E. von Behren, counsel for Defendant, may appear telephonically at the Case Management Conference on July 12, 2012 at 10:30 a.m.

Dated: ___July 6___ ___, 2012

_____
Hon. Laurel Beeler
Judge, United States District Court

- 1 -

Case No. CV 11-3815 LB
ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY