Lisa S. Kantor, Esq. - SBN 110678
e-mail: lkantor@kantorlaw.net
Elizabeth K. Green, Esq. - SBN 199634
e-mail: egreen@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:  (818) 350-6272

Attorneys for Plaintiff,
SERENA M.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SERENA M., | Case No.: CV 11-3815 LB |
| --- | --- |
| Plaintiff, | [Hon. Laurel Beeler] |
| v. | **ORDER GRANTING COUNSEL FOR PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, | |
| Defendant. | CMC Date: July 12, 2012<br>Time:       10:30 a.m.<br>Courtroom: C |

IT IS HEREBY ORDERED THAT Deborah A. Lieber, counsel for Plaintiff, may appear telephonically at the Initial Case Management Conference on July 12, 2012 at 10:30 a.m.

DATED: July 6, 2012

_____
Honorable Laurel Beeler
United States District Court Judge