Lisa S. Kantor, Esq. - SBN 110678
e-mail: lkantor@kantorlaw.net
Elizabeth K. Green, Esq. - SBN 199634
e-mail: egreen@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
SERENA M.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA M., <br><br> Plaintiff, <br><br> v. <br><br> ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, <br><br> Defendant. | Case No.: CV 11-3815 LB <br> [Hon. Laurel Beeler] <br><br> **ORDER GRANTING COUNSEL FOR PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** <br><br> CMC Date: July 12, 2012 <br> Time:  10:30 a.m. <br> Courtroom: C |

IT IS HEREBY ORDERED THAT Deborah A. Lieber, counsel for Plaintiff, may appear telephonically at the Initial Case Management Conference on July 12, 2012 at 10:30 a.m.

DATED: July 6, 2012

_____
Honorable Laurel Beeler
United States District Court Judge

1

ORDER GRANTING COUNEL FOR PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE