**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| SERENA M., | No. C 11-03815 LB |
| Plaintiff, | **ORDER RELATING CASE** |
| v. | |
| ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, | |
| Defendant. | |
| _____/ | |

This case, *Serena M. v. Anthem Blue Cross Life and Health Insurance Company*, No. C11-03815 LB (N.D. Cal. Aug. 8, 2011) ("*Serena M. I*"), is an ERISA health insurance dispute between Plaintiff and her insurance company. At the July 12, 2012 Further Case Management Conference, the court learned that Plaintiff filed a second lawsuit against Defendant and that it was assigned to Magistrate Judge Spero. *See Serena M. v. Anthem Blue Cross Life and Health Insurance Company*, No. C12-02114 JCS (N.D. Cal. Apr. 27, 2012) ("*Serena M. II*").[1] Upon review of the complaint in that case, the court finds that it is related to the instant one.

Counsel are instructed that all future filings in *Serena M. II* are to bear the initials of the

---

[1] Under this district's Civil Local Rule 3-12, the parties are supposed to file in the earliest-filed case an administrative motion to consider whether the cases should be related. *See* N.D. Cal. Civ. L.R. 3-12(b). The parties are directed to review Local Rule 3-12 and are ORDERED to comply with it in the future.

C 11-03815 LB
ORDER RELATING CASE

1  undersigned immediately after the case number.  The case management conference in *Serena M. II*
2  will be rescheduled by the court.  The parties shall adjust the dates for the conference, disclosures
3  and report required by Federal Rule of Civil Procedure 16 and 26 accordingly.  Unless otherwise
4  ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving
5  party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect;
6  and any deadlines established in a case management order continue to govern, except dates for
7  appearance in court, which will be rescheduled by the court.

**IT IS SO ORDERED.**

Dated: July 12, 2012

_____
LAUREL BEELER
United States Magistrate Judge