**UNITED STATES DISTRICT COURT**

**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| SERENA M., | No. C 11-03815 LB |
| Plaintiff, | **ORDER RESETTING CASE MANAGEMENT DATES** |
| v. | |
| ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, | |
| Defendant. | |
| _____/ | |

At the September 20, 2012 Further Case Management Conference, the court and the parties discussed resetting the case management dates and deadlines in the case in light of a second, related case that was filed on April 27, 2012. See Serena M. v. Anthem Blue Cross Life and Health Insurance Company, No. C12-02114 LB ("Serena M. II"). The court finds good cause to continue the case management dates and deadlines in this case, too. Accordingly, the following revised dates shall apply:

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Date to seek leave to add new parties or amend the pleadings | 10/22/2012 |
| Updated Joint Case Management Conference Statement | 12/6/2012 |
| Further Case Management Conference | 12/13/2012 at 10:30 a.m. |
| ADR completion date | 12/13/2012 |

C 11-03815 LB
ORDER

| | |
|---|---|
| Non-expert discovery completion date | 2/18/2013 |
| Expert disclosures required by Federal Rules of Civil Procedure | 2/18/2013 |
| Rebuttal expert disclosures | 3/4/2013 |
| Expert discovery completion date | 4/1/2013 |
| Last hearing date for dispositive motions and/or further case management conference | 5/16/2013, at 11:00 a.m. |
| Meet and confer re pretrial filings | 6/25/2013 |
| Pretrial filings due | 7/4/2013 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 7/11/2013 |
| Final Pretrial Conference | 7/25/2013, at 10:30 a.m. |
| Trial | 8/5/2013, at 8:30 a.m. |
| Length of Trial | 1 day |

IT IS SO ORDERED.

Dated: September 25, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-03815 LB
ORDER
2